Peace Elluvasun Allah CUSH–EL, Aboriginal Republic of North America Larnad Aboriginal Minister, Plaintiff–Appellant,

v.

Judge Mary COVINGTON; Pat McCrory; Roy Cooper; Attorney General Irvin Nathan, Defendants–Appellees.

No. 14–7664.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Peace Elluvasun Allah Cush–El, Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peace Elluvasun Allah Cush–El appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cush–El v. Covington,* No. 1:14–cv–00756–TDS–LPA, 2014 WL 4955510 (M.D.N.C. Oct. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*